# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **CRYSTAL GAIL OWENS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13CV00079 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | By: James P. Jones |
| **ACTING COMMISSIONER** | ) | United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Opinion accompanying this Judgment, it is **ADJUDGED AND ORDERED** that the final decision of the Commissioner of Social Security denying benefits is affirmed.

The Clerk shall close the case.

ENTER: May 22, 2014

/s/ James P. Jones
United States District Judge